Mary Berardini, Respondent, v. Michael Berardini, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Jennie L. Doebler, Appellant, v. C. Frank Doebler, Respondent.— Order affirmed, without costs. No opinion.

Constance Cynthia Beaufoy Latham, Respondent, v. Frederick George Latham, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Lawrence, Respondent, v. James H. Lawrence, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ida C. Bracher, Respondent, v. Lozier Motor Company of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles Goldzier, as Receiver, etc., of Joseph Foerst, Respondent, v. Joseph Foerst and Margaret Foerst, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Apollo Woolen Mills, Appellant, v. William Taylor Stearns, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Hilz, as Administratrix, etc., of Henry Hilz, Deceased, Respondent, v. Baker, Smith & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Emilio Dicicio.— Motion to dismiss appeal granted.

The People of the State of New York v. Frank Giamanco.— Motion to dismiss appeal granted.

The People of the State of New York v. Joseph Morrison.— Motion to dismiss appeal granted.

The People of the State of New York ex rel. Saul Flaum v. Warden of City Prison.— Motion to dismiss appeal granted.

In the Matter of Arax H. Tavshanjian, as General Guardian, etc. (2 cases.) — Motions to dismiss appeals granted.

Herrmann G. Von Rodenstein v. Herbert W. Noble and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Georgiana H. Salter v. Henry R. Drowne and Others.— Motion denied.

Margeretha Nickel, as Administratrix, v. Frederick Ayer.— Motion denied.

In the Matter of Georgiana M. Amidon, as Executrix, etc.— Motion granted, unless appellant comply with terms stated in order.

Tobias Schwartz v. Samuel Klar and Others.— Motion granted, unless appellants comply with terms stated in order.

Ferdinand Siegel and Others v. Benjamin Hillman.— Motion to dismiss appeal granted.

The People of the State of New York v. Belle Moore.— Motion granted and case set down for January 3, 1911.

Solomon Brill v. Rudolph P. Miller and Others.— Motion denied, with ten dollars costs.

William Fox v. Automatic Vaudeville Company.— Motion denied, with ten dollars costs.

Emma N. Tiffany v. Ida Hess, as Executrix, etc.— Motion denied, with ten dollars costs.